**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARY ESTOCK, an individual,      ) | CIVIL DIVISION |
| ) | C.A. No.: 2:17-cv-01610-DSC |
| Plaintiff      ) | |
| ) | |
| v.      ) | |
| ) | |
| LIFE INSURANCE COMPANY      ) | |
| OF NORTH AMERICA, a corporation,      ) | |
| ) | |
| Defendant.      ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R.C.P 41(a)(1)(ii)

TO: CLERK OF THE U.S. DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

NOW COME the parties, Plaintiff Mary Estock, by and through her attorney, Joseph R. Bock, Esq., and Defendant Life Insurance Company of North America (LINA), by and through its attorneys, Saul Ewing Arnstein & Lehr, LLP and file the within Stipulation for Dismissal of the within captioned action with Prejudice. The parties to bare their own costs. This matter is now closed.

Joseph R. Bock, Esq.
PA ID #35729
1547 Alaqua Drive
Sewickley, PA 15143
(724) 934-9300
Attorney for Plaintiff

Saul Ewing Arnstein & Lehr, LLP
Michael J. Joyce, Esq.
1 PPG Place, 30th Floor
Pittsburgh, PA 15222
Counsel for Defendant